```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS K. GOLDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The government's unopposed motion for a two-week extension for filing a response to the defendant's Motion to Dismiss, filing 15, is granted. The government's brief shall be filed on or before January 11, 2006.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge